# United States District Court
## Northern District of New York

## JUDGMENT IN A CIVIL CASE

MITCHELL W. MOORE,

        Plaintiff,

vs.                      CASE NUMBER: 1:02-CV-1595

JOHN E. POTTER, as Postmaster
General and U.S. POSTAL SERVICE,

        Defendants

[X]    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[ ]    **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED, that judgment be entered in favor of defendants.

IT IS SO ORDERED.

DATE: August 22, 2005

**LAWRENCE K. BAERMAN**
CLERK

*(signature)* Judith V. West
(BY)
Courtroom Deputy Clerk
Judith V. West